**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SARAH J. BRASHEAR, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SSM HEALTH CARE CORPORATION, <br><br> Defendant. | Case No. 4:22-CV-00569-SRC <br><br> **JURY TRIAL DEMANDED** <br><br> **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B)** <br><br> **CLASS ACTION PURSUANT TO FED. R. CIV. P. 23** |

### PLAINTIFFS' OPPOSED MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE TO PUTATIVE CLASS MEMBERS

**TO THE HONORABLE STEPHEN R. CLARK:**

Plaintiff Sarah J. Brashear, individually and on behalf of all opt-in plaintiffs and others similarly situated ("Plaintiffs"), hereby move this Court for an Order: (1) conditionally certifying a class of "all hourly employees who worked for SSM Health Care Corporation, or any of its subsidiaries, anywhere in the United States, at any time from May 24, 2019 through the final disposition of this matter, and were subject to an automatic meal break pay deduction" pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b); (2) approving the form of Plaintiffs' proposed Notice; (3) setting a sixty (60) day notice period; (4) authorizing Plaintiffs' counsel to mail, e-mail, and text-message the Notice at the beginning of the sixty (60) day notice period; (5) authorizing Plaintiffs' counsel to send a reminder Notice thirty (30) days prior to the notice deadline; (6) ordering Defendant SSM Health Care Corporation ("SSM") to post the Court-approved Notice in a conspicuous location next to the time clocks at all SSM worksites for the duration of the 60-day opt-in period; (7) ordering SSM to produce a list of all Putative Class Members, in a computer -

readable format (such as Excel), who worked for SSM at any time from May 24, 2019 through the final disposition of this matter and were subject to an automatic meal break pay deduction, including each Putative Class Members' contact information (including their (1) full name, (2) job title, (3) last known address, (4) last known personal email address, (5) telephone number; (6) dates of employment, and (7) location of employment) within fourteen (14) days of the Order.

The above Motion is based upon all the files, records, and proceedings herein, including Plaintiffs' Memorandum in Support of their Motion for Conditional Certification and Court Authorized Notice, the Declarations of Plaintiffs, and the exhibits attached thereto.

Date: September 30, 2022

Respectfully submitted,

**LAW OFFICES OF KENNEDY HUNT, P.C.**

By: /s/ *Sarah Jane Hunt*
Sarah Jane Hunt (63899MO)
906 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 872-9041
Fax: (314) 872-9043
sarahjane@kennedyhuntlaw.com

**ANDERSON ALEXANDER, PLLC**

By: /s/ *Clif Alexander*
**Clif Alexander** (Admitted *Pro Hac Vice*)
Texas Bar No. 24064805
clif@a2xlaw.com
**Carter T. Hastings** (Admitted *Pro Hac Vice*)
Texas Bar No. 24101879
carter@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

***Counsel for Plaintiffs and Putative Collective/Class Members***

## CERTIFICATE OF CONFERENCE

I hereby certify that I have attempted to confer with Defendant's counsel of record on September 12, 2022, September 22, 2022, and September 29, 2022. As of this filing Defendant has not indicated whether it is opposed to the relief requested in this Motion. Plaintiff files this Motion as opposed out of an abundance of caution.

*/s/ Clif Alexander*
Clif Alexander

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Missouri using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Clif Alexander*
Clif Alexander