UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SARAH J. BRASHEAR,
**Individually and on behalf of all others similarly situated,**

        **Plaintiff,**

   v.

SSM HEALTH CARE CORPORATION,

        **Defendant.**

Case No. 4:22-CV-00569-SRC

## JOINT MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE

Plaintiff Sarah J. Brashear, by and through her undersigned counsel, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant SSM Health Care Corporation ("SSM"), (together, the "Parties"), file this Joint Motion for Settlement Approval and Dismissal with Prejudice ("Motion") seeking the Court's approval of the settlement. Because the settlement agreement contains a confidentiality clause and confidential financial and business information, it will be filed on the docket separately in redacted format after the filing of SSM's unopposed unsealed motion for partial sealing. Approval of the proposed settlement agreement is further supported by the attached Memorandum of Law. Plaintiffs further state:

1.     A *bona fide* dispute exists between Plaintiffs and Defendant.

2.     The terms and conditions of the proposed settlement between Plaintiffs and Defendant, as defined and described in the Settlement Agreement, are fair, reasonable, and adequate.

3. The form of the Notice of Settlement and the method of disseminating this information to the Collective, as described in the Settlement Agreement are fair, reasonable, and adequate to the Collective.

4. That the method of allocating a settlement award to each member of the Settlement Collective is fair, reasonable, and adequate.

5. That the attorneys' fees and costs are fair, reasonable, and adequate.

Date:   January 5, 2024

| | |
|---|---|
| /s/ Patrick F. Hulla | |
| Patrick F. Hulla    #41745(MO) | James G. Martin    #33586(MO) |
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | DOWD BENNETT LLP |
| 700 West 47th Street, Suite 500 | 7676 Forsyth Blvd., Suite 1900 |
| Kansas City, MO  64112 | St. Louis, MO 63105 |
| 816.471.1301 | 314.889.7300 |
| 816.471.1303 (*Facsimile*) | 314.863.2111 (*Facsimile*) |
| patrick.hulla@ogletree.com | jmartin@dowdbennett.com |

**ATTORNEYS FOR DEFENDANT**

| | |
|---|---|
| Sarah Jane Hunt | /s/ Clif Alexander |
| LAW OFFICES OF KENNEDY HUNT PC | Clif Alexander (*Admitted Pro Hac Vice*) |
| | Austin W. Anderson (*Admitted Pro Hac Vice*) |
| 4500 West Pine Blvd., | Carter Tilden Hastings (*Admitted Pro Hac Vice*) |
| St. Louis, MO 63108 | |
| 314.872.9041 | ANDERSON ALEXANDER, PLLC |
| 314.872.9043 (*Facsimile*) | 819 N. Upper Broadway, |
| sarahjane@kennedyhuntlaw.com | Corpus Christi, TX 78401 |
| | 361.452.1279 |
| | 361.452.1284 (*Facsimile*) |
| | clif@a2xlaw.com |
| | austin@a2xlaw.com |
| | carter@a2xlaw.com |

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Missouri, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

      /s/ Patrick F. Hulla
      PATRICK F. HULLA

59896103.v1-OGLETREE