UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH J. BRASHEAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:22-cv-00569-SRC |
| SSM HEALTH CARE CORPORATION, | ) ) ) ) |
| Defendant. | ) |

## Order of Dismissal

During the hearing held on February 8, 2024, the Court granted the parties' [82] joint motion for settlement approval and dismissal with prejudice. Doc. 92. In doing so, the Court found that the agreement reflects a fair, reasonable, and appropriate compromise and is in accordance with the law; the allocation of settlement payments is a fair, equitable, and reasonable measure for distributing the settlement payments to Plaintiff Sarah Brashear and all opt-in plaintiffs; and the attorneys' fees-and-costs award is reasonable. Thus, for the reasons stated on the record, the Court approved and adopted the terms of the settlement agreement, doc. 91, entered by the parties. Brashear and all opt-in plaintiffs, therefore, waive and release all claims, as defined in the settlement agreement, against SSM Health Care Corporation. Doc. 91 at 5. Accordingly, the Court dismisses this case with prejudice. The parties shall bear the costs of this litigation as set forth in the settlement agreement.

So ordered this 12th day of February 2024.

*SL R. CL*
_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE